AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Lyons Scott<br><br>_Defendant_ | )<br>) Case: 1:21-mj-00411<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 4/29/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Daniel Lyons Scott,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(F) - Disorderly Conduct and Act of Physical Violence on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 111(a)(1) - Assault on a federal officer with physical contact and intent to commit another felony.

Date:     04/29/2021                                              2021.04.29 14:35:58 -04'00'
                                                                  _Issuing officer's signature_

City and state:     Washington, D.C.                 Zia M. Faruqui, U.S. Magistrate Judge
                                                                  _Printed name and title_

---

**Return**

This warrant was received on _(date)_ May 3, 2021, and the person was arrested on _(date)_ May 20, 2021
at _(city and state)_ Englewood, Florida.

Date:     May 20, 2021
                                                                  Stephen Lieberman
                                                                  _Arresting officer's signature_

                                                                  STEPHEN LIEBERMAN, TASK FORCE OFFICER
                                                                  _Printed name and title_