UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 21-cr-499 (EGS) |
| | ) |
| Daniel Lyons Scott, *defendant*. | ) |

NOTICE

Defendant, through undersigned counsel Nathan I. Silver ("counsel"), appointed by this Court under the Criminal Justice Act, reports to the Court as follows:

Counsel raised with the Court the issue of defendant's ability to travel while under curfew obligations that require him to be in his residence from 10 p.m. to 6 a.m. Counsel afterwards spoke with Pretrial Services Agency ("PSA") Off. Brandy Mathies after today's arraignment and status hearing regarding the defendant's conditions of release. Ms. Mathies receives supervision compliance information from PSA in the Middle District of Florida, which is providing to this Court courtesy supervision of the defendant. It was Off. Mathies who submitted the PSA Status Report for today's hearing.

With PSA's advance approval, the defendant is allowed to travel outside the Middle District of Florida.[1] Ms. Mathies says that under the existing release order, PSA has the discretion to alter or waive curfew restrictions in the event of travel outside the Middle District. Thus, the defendant's curfew restriction by itself does not prevent him from such travel. Defendant would remain on location monitoring (GPS) during the period he is away from his home in the Middle District.

---

[1] PSA would require an itinerary showing travel and hospitality accommodations before approving travel outside the Middle District of Florida (and the rest of the continental United States). Only travel out of the country would require advance Court approval.

There is no need, therefore, for the Court to alter or revise the existing release order.

The defendant thanks the Court for the attention it gave to this matter.

This pleading is,

                              Respectfully submitted,


                              NATHAN I. SILVER, ESQ.

                              D.C. Bar No. 944314
                              6300 Orchid Drive, Bethesda, MD 20817
                              (301) 229-0189/(301) 229-3625 (fax)
                              Email: nisquire@aol.com

                    CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney William Kennelly Dreher, U.S. Attorney's Office for the District of Washington, this 24th day of September, 2021.

                              _____
                              *Nathan I. Silver*

. Exhibit #1