# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-499** |
| **v.** : | |
| : | |
| **DANIEL LYONS SCOTT,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF UPDATED SUPERSEDING INDICTMENT

In response to this Court's March 4, 2022 minute order, the government files the attached Superseding Indictment, which has been revised to strike language referring to the "Vice-President elect" in Counts Six, Seven, and Eight.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:  */s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney (Detailed)
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov