**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | No. 21-CR-499 EGS |
| : | |
| **DANIEL SCOTT,** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

Before the Court is the United States' unopposed Motion to Dismiss the Indictment and Superseding Indictment. After consideration of the Motion and the arguments and facts related therein, the Court hereby **GRANTS** the motion, and **ORDERS** that the indictment and superseding indictment in this case against defendant Daniel Scott are hereby dismissed without prejudice.

DATE:

_____
EMMET G. SULLIVAN
United States District Judge